**SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
**Jessica Farley (SB# 280123)**
420 South Fairview Avenue, Suite 102
Santa Barbara, California 93117
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
sburnett@snyderlaw.com
jfarley@snyderlaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIVIDAD COROMAC, an individual, | Case No. 2:14−cv−09732 JFW (JEMx) |
| Plaintiff, | Judge: Hon. John F. Walter<br>Magistrate: Hon. John E. McDermott |
| v. | [***PROPOSED***] **STIPULATED PROTECTIVE ORDER** |
| TARGET CORPORATION, a corporation, and DOES 1 to 25, inclusive, | |
| Defendants. | |

Good cause appearing therefor, the foregoing Stipulation Protective Order filed by defendant, TARGET CORPORATION, on May 19, 2015 is declared the Order of the Court.

IT IS SO ORDERED.

Dated: May 29, 2015

_____
Hon. John E. McDermott
UNITED STATES DISTRICT COURT JUDGE